THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT
BE CITED OR RELIED ON AS PRECEDENT 
 IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), 
 SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
James Edward Chapman, Appellant.
 
 
 

Appeal From Pickens County
 Henry F. Floyd, Circuit Court Judge

Unpublished Opinion No. 2004-UP-480
Submitted September 15, 2004  Filed 
 September 16, 2004

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda P. Hagler, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Appellant was convicted of 
 two counts of second degree criminal sexual conduct and two counts of assault 
 with intent to commit criminal sexual conduct in the second degree, and he received 
 a probationary sentence.  The issue briefed by appellate counsel concerns whether 
 the circuit court erred in revoking Appellants probation because no evidentiary 
 basis exists to indicate that his failure to pay fees was willful.  Appellants 
 counsel has petitioned to be relieved as counsel, stating that she has reviewed 
 the record and has concluded the appeal is without merit.  Appellant has not 
 filed a pro se brief.      
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss this appeal and 
 grant counsels petition to be relieved. [1]     
APPEAL DISMISSED.
HEARN, C.J., HUFF, and KITTREDGE, JJ., concur.  
  

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.